**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6009**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JESUS RAMIREZ-BARRERA,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:18-cr-00477-CCE-1)

———————

Submitted:  May 18, 2023                    Decided:  May 23, 2023

———————

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jesus Ramirez-Barrera, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesus Ramirez-Barrera appeals the district court's August 23, 2022, order denying his second motion for compassionate release under 18 U.S.C. §3582(c)(1)(A)(i).  Ramirez-Barrera also appeals the district court's October 18, 2022, order denying his subsequent motion for reconsideration of the August 23, 2022, denial and denying his motion to appoint counsel.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Ramirez-Barrera's informal brief does not challenge the basis for the district court's dispositions, he has forfeited appellate review of the court's orders.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgments.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*